## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

TION MAKEISE FOSTER,

                Defendant.

CR NO: 2:16-cr-0241-KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS
The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee:   TION MAKEISE FOSTER

Detained at       Sacramento County Jail

Detainee is:      a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
                      charging detainee with:

       or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ☐ return to the custody of detaining facility upon termination of proceedings
       or    b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                    is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:             /s/ Michele Beckwith
Printed Name & Phone No:     MICHELE BECKWITH (916) 554-2700
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum            ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    April 20, 2017

                            Honorable Allison Claire
                            U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | Teon Foster; Dashawn Weldon | ☒Male ☐Female |
| Booking or CDC #: | | DOB: 10/07/1995 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: African American |
| Facility Phone: | (916) 874-6752 | FBI#: 230162ND7 |
| Currently | Sacramento County Jail | |

## RETURN OF SERVICE

Executed on: _____

                           (signature)