Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.414.3266
Facsimile    209.414.3268
Attorneys for Defendant Tion Makeise Foster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TION MAKEISE FOSTER,<br><br>　　　　Defendant. | Case No.: 2:16 CR 000241 KJM<br><br>NOTICE OF WITHDRAWAL – COMPLETED SERVICES<br><br>DATE: JANUARY 03, 2025<br>COURT: HONORABLE KIMBERLY J. MUELLER |

Comes now Mary Ann F. Bird, Bird & Van Dyke, Inc. A Professional Law Corporation, counsel for Defendant Tion Makeise Foster, who hereby withdraws from the above-captioned matter for the following reasons:

1. Undersigned counsel was retained to represent the Defendant in the above-captioned matter through the trial court level. All other services were specifically excluded.

2. Defendant was sentenced on October 15, 2018 by this Honorable Court to a term of 150 months for a violation of 18 U.S.C. § 1591(a)(1) and (b)(2), Sex Trafficking of a Minor, Class A Felony, pursuant to a plea agreement.

3. Undersigned counsel, having fulfilled her obligation to Defendant Tion Makeise Foster, now respectfully withdraws as attorney of record in any further proceedings.

ORDER GRANTING WITHDRAWAL
PAGE: 1

WHEREFORE, undersigned counsel prays that she be withdrawn as attorney of record for Defendant Tion Makeise Foster.

Respectfully submitted,

Dated: January 3, 2025

\_\_\_/s/ Mary Ann F. Bird_____
MARY ANN F. BIRD
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Notice of Withdrawal was served on AUSA Charles Campbell via electronic mail on January 3, 2025.

\_\_\_/s/ Mary Ann F. Bird_____
MARY ANN F. BIRD
Attorney for Defendant

### FINDINGS AND ORDER

The matter having come before the Court and for good cause appearing,

The Court hereby grants Mary Ann F. Bird's motion to withdraw as attorney of record in the above-captioned matter.

IT IS SO ORDERED.

DATE: 1/7/2025

_____
HONORABLE KIMBERLY J. MUELLER
SENIOR UNITED STATES DISTRICT JUDGE