MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00241-KJM |
| Plaintiff, | ORDER |
| v. | |
| TION MAKEISE FOSTER, | |
| Defendant. | |

On July 11, 2025 , the Government requested an extension of time to files its response to Defendant's *pro se* motion for compassionate release. Docket No. 166.

IT IS HEREBY ORDERED, that the Government's response is now due August 8, 2025.

DATED:  July 28, 2025.

_____
UNITED STATES DISTRICT JUDGE

GOVERNMENT'S MOTION FOR EXTENSION OF TIME         1